IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-98 |
| vs. | |
| NANCY VAZQUEZ-ELIZALDE, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 37). On June 29, 2017, the Court entered a preliminary order of forfeiture (filing 32) pursuant to 21 U.S.C. § 853 based upon the defendant's plea of guilty to violating 21 U.S.C. §§ 841(a)(1) and (b)(1), and her admission of the forfeiture allegation contained in the indictment (filing 13). By way of the preliminary order of forfeiture, the defendant's interest in $10,900.00 in United States currency was forfeited to the United States.

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 6, 2017, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 36) was filed on September 7, 2017. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 37) is granted.

2. All right, title, and interest in the $10,900.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

3. The property described above is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property described above in accordance with law.

Dated this 11th day of October, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge